**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 4640 |

NIR COHEN v MICHAEL CHERTOFF as Director of Homeland Security
and ROBERT S. MUELLER III as Director of FBI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

NIR COHEN

---

NAME (Type or print)
Timothy M. Murphy

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
          s/ Timothy M. Murphy

FIRM  Law Offices of Timothy M Murphy

STREET ADDRESS  762 W Dempster D—211

CITY/STATE/ZIP  Mount Prospect, IL 60056

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6257595          TELEPHONE NUMBER  312-315-2323

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                         APPOINTED COUNSEL