
**FILED**
**AUGUST 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NIR COHEN, ) | |
|        Plaintiff, ) | RECEIVED COPY AUGUST 14,2008 |
| ) |    08CV4640 |
| v. ) |    JUDGE DARRAH |
| ) |    MAGISTRATE JUDGE DENLOW |
| MICHAEL CHERTOFF, AS THE DIRECTOR ) |    NF |
| OF THE DEPARTMENT OF HOMELAND ) | |
| SECURITY, and ROBERT S. MUELLER, III, ) | |
| AS THE DIRECTOR OF THE FEDERAL ) | |
| BUREAU OF INVESTGATIONS, ) | |
| ) | |
|        Defendants. ) | |

### PETITION FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff, NIR COHEN, by and through his attorney, TIMOTHY M. MURPHY, and prays this Honorable Court enter an order commanding Defendants MICHAEL CHERTOFF and ROBERT S. MUELLER, III, in their official capacities, to adjudicate Petitioner's Petitioner to Adjust Status to that of Lawful Permanent Resident. In support thereof, Plaintiff states as follows:

1. This is a civil action brought pursuant to 8 USC 1329 and 28 USC 1331,1361, and 1447(b) because Plaintiff's claims arise under the federal laws of the United States, to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendants to perform a duty owed to Plaintiff. Jurisdiction of this matter is also conferred by 5 USC 704 and 28 USC 2201.

2. Venue is proper under 28 USC 1391(b) as Defendants are, respectively, the Directors of the Department of Homeland Security and the Federal Bureau of Investigations.

3. This action is brought to compel the Defendants, and other officers and agents of the United States, to perform their duties arising under the laws of the Unites States.

4.      5 USC 555(b) requires the Department of Homeland Security and the Federal Bureau of Investigations to carry out their duties "with due regard for the convenience and necessity of the parties or their representatives, and within a reasonable time.

5.      Plaintiff NIR COHEN is a citizen and native of Israel.  His alien registration number is A 089 363 261, and he filed for adjustment of status to that of lawful permanent resident on January 8, 2007.

6.      Subsequently, Plaintiff provided all information required by the Department of Homeland Security and the Federal Bureau of Investigations, and appeared for appointments on February 1, 2007 and August 17, 2007.

7.      Since the conclusion of those two interviews, the Department of Homeland Security has failed to render any decision regarding Plaintiff's petition for adjustment of status.

8.      Prior to the filing of this Petition, Petitioner has made numerous attempts to inquire about the status of his application, all to no avail.

9.      Defendants are unlawfully and unreasonably delaying rendering a decision on Plaintiff's application to adjust status to that of lawful permanent resident.

10.     Plaintiff has exhausted all remedies that may exist.

WHEREFORE, Plaintiff prays this Court enter an order compelling Defendants to complete their investigations and render a decision on Plaintiff's application for adjustment of status to that of lawful permanent resident, award Plaintiff attorneys fees and costs, and for such further relief as this court deems just and equitable.

s/ Timothy M. Murphy
Timothy M. Murphy

Law Offices of
Timothy M. Murphy (6257595)
762 W. Dempster D-211
Mount Prospect, IL 60056
312-315-2323